

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2007

BY FACSIMILE
The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street, Rm 1650
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-07
```

Re:  United States v. Payano and Padilla-Parra,
     07 Cr. 1168 (LBS)

Dear Judge Sand:

The defendants Franklin Payano and Antonio Padilla-Parra were both arrested on or about November 16, 2007, and charged in a one-count complaint with participating in a conspiracy to distribute more than five kilograms of cocaine, in violation of Title 21, United States Code, Section 846. On that date, the defendants were presented before Magistrate Judge Debra Freeman, and both were detained on consent, without prejudice to future bail applications. The Grand Jury returned the above-referenced indictment yesterday and the case has been assigned to Your Honor. A copy of the indictment and the previously-filed complaint are enclosed herein for Your Honor's files.

I understand from Your Honor's deputy clerk, Mr. Kenneally, that the arraignment of the above-referenced defendants has been referred to Magistrate Court. Their arraignment is currently scheduled for Thursday, December 20, 2007, at 10:00 a.m. In addition, Mr. Kenneally has scheduled the initial conference before Your Honor for January 7, 2008, at 12:00 p.m.

Finally, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through and including January 7, 2008. The Government makes this request in order to permit the Government to collect and produce discovery and to provide the defendants an opportunity both to review discovery and to consider a possible disposition of the

**MEMO ENDORSED**

Honorable Leonard B. Sand
December 18, 2007
Page 2

case. Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The Government makes this request with the consent of defense counsel for Mr. Payano, Marc I. Cohen, Esq., as well as defense counsel for Mr. Padilla-Parra, David Patton, Esq. A proposed order is enclosed for Your Honor's consideration.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney

By: *[signature]*
          Avi Weitzman/Parvin Moyne
          Assistant U.S. Attorneys
          (212) 637-1205/2510

Encs.

cc: David Patton, Esq. (by fax, w/ enclosures)
   Attorney for Antonio Padilla-Parra

   Marc Cohen, Esq. (by fax, w/ enclosures)
   Attorney for Franklin Payano

*[Handwritten endorsement:]* Speedy trial exclusion granted on consent. So ordered. /s/ Sand, USDJ 12/19/07

**MEMO ENDORSED**