UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                 :

       -v.-                            :

JOSE M. HERNANDEZ,                       :
    a/k/a "Chepe,"
ANTONIO PADILLA-PARRA, and               :
FRANKLIN PAYANO,
    a/k/a "Findingo,"                    :

           Defendants.         :

- - - - - - - - - - - - - - - - - - - X

**ORDER**

S1 07 Cr. 1168 (LBS)

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Parvin Moyne;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      April __1__, 2008

_____
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK