```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                    ORDER
     -v.-                        :
                                    S1 07 Cr. 1168 (LBS)
FRANKLIN PAYANO,                 :
     a/k/a "Findingo,"
                                 :
          Defendant.
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08

Upon the application of the United States of America, by and through Assistant United States Attorney Parvin Moyne, and with the consent of the defendant, FRANKLIN PAYANO, by and through his counsel, Mark Cohen, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference date, May 27, 2008, at 2:15 p.m., is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because, among other things, it will allow the parties to finalize a possible disposition of the case.

SO ORDERED.

Dated:    May //, 2008
          New York, New York

_____
Hon. Leonard B. Sand
United States District Judge