RECEIVED MAY 2 3 2008 CHAMBERS LEONARD...

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 23, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08

BY HAND

The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Franklin Payano</u>, 07 Cr. 1168 (LBS)

Dear Judge Sand:

A change of plea hearing is scheduled in the above-referenced case before Your Honor for Tuesday, May 27th, at 2:15 p.m. Defense counsel has informed the Government that it would like additional time to prepare the Defendant for that change of plea. Accordingly, the parties request that the plea be adjourned until Thursday the 29th or Friday the 30th, at any time convenient to the Court. If Your Honor grants this request, the Government then respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act from the date of this letter until the date Your Honor reschedules the plea, so that defense counsel can adequately prepare his client.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Parvin Moyne
Assistant U.S. Attorney
(212) 637-2510

cc: Mark Cohen, Esq.
Attorney for Defendant

**MEMO ENDORSED**

Request granted
So ordered
5/27/08
[signature] Sand

TOTAL P.01